## UNITED STATES BANKRUPTCY COURT FOR
## THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: | **Case No. 22-8** |
| 920 H LLC | **Chapter 11** |
| _____ | **Adversary No.** |
| 920 H LLC, | |
| c/o The Butler Law Group, PLLC | |
| 1455 Pennsylvania Avenue, NW, Suite 400 | |
| Washington, DC  20004 | |
| Plaintiff, | |
| v. | |
| Harbor Development LLC, trading as Harbor Builders, | |
| 338 East 25th Street | |
| Baltimore, MD  21218 | |
| Serve:  Courtney Hercenberg, Resident Agent | |
| 1501 11th Street, NW, Suite 100 | |
| Washington, DC  20001 | |
| Defendant. | |

**COMPLAINT FOR BREACH OF CONTRACT AND OBJECTION TO CLAIM**

COMES NOW, Plaintiff, 920 H LLC ("Plaintiff" or "920 H"), by and through undersigned counsel, and files this Complaint for Breach of Contract and Objection to Claim, and further states as follows:

### PARTIES

1. The Plaintiff, 920 H LLC, is a District of Columbia Limited Liability Company. Plaintiff filed a Chapter 11 Bankruptcy on January 24, 2022.

1

2. The Defendant, Harbor Development, LLC, trading as Harbor Builders ("Defendant" or "Harbor"), is a District of Columbia Limited Liability Company. Defendant filed a proof of claim **(Claim 1-1)** on February 1, 2022 in the amount of 570,869.58.

## JURISDICTION

3. The Court has jurisdiction over this proceeding pursuant to 28 U.S.C. § 157 and 28 U.S.C. § 1334.

4. This action is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). Venue is proper under 28 U.S.C. § 1391(b) as the bankruptcy petition is pending in this district.

5. This is an adversary proceeding governed by Federal Rules of Bankruptcy Procedure 7001 *et seq.*

6. The Plaintiff consents to entry of final orders or judgments by the bankruptcy court.

## BACKGROUND FACTS

7. Plaintiff is the owner of 920 H Street, NE, Washington, DC  20002 ("Property").

8. On or about October 25, 2017, Defendant was engaged by Plaintiff to perform construction of the Ashton Park apartment and retail building located on the Property ("Project") . **See Contract attached as Exhibit "A".**

9. Defendant has been paid over $1,300,000.00 work that Defendant allegedly completed on the Project.

10. Defendant recorded a Mechanic's Lien in the District of Columbia Recorder

of Deeds Office on March 26, 2021 claiming that Defendant was owed $525,662.00 for work completed on the project through February 11, 2021.

## COUNT I – BREACH OF CONTRACT

11. The allegations contained in paragraph 1 through 10 are incorporated by reference as though fully set forth herein.

12. There exists a valid contract between Plaintiff and Defendant. **See Exhibit "A".**

13. § 9.4 Warranty of the Contract states, in pertinent part, that [t]he Contractor further warrants that the Work will conform to the requirements of the Contract Documents and will be free from fault or . . . defects[.]".

14. The Debtor has discovered that the Project has structural issues.

15. The existence of structural issues demonstrates a clear breach of the Contract by Defendant as the Work is not free from fault or defects.

16. The Plaintiff has engaged a structural engineer to inspect the work and provide a report of the extent of the structural issues.

17. Once Plaintiff receives the report from the structural engineer, the Plaintiff will obtain estimates from contractors to determine how much it will cost to correct the Defendant's deficient work.

18. Plaintiff will request that Defendant's claim should be reduced by the cost of correcting the Defendant's deficient work.

WHEREFORE, for the foregoing reasons, the Plaintiff, 920 H LLC, respectfully request the following relief:

A. That the Court enter judgment in favor of Plaintiff, 920 H LLC and against

        Defendant Harbor Development, LLC, trading as Harbor Builders in an amount to be determined at trial, plus interest at the legal rate, together with any costs of this action;

B. Award Plaintiff 920 H LLC attorney's fees as provided for in the Contract; and

C. Granting such other and further relief as is just and equitable.

## COUNT II - OBJECTION TO DEFENDANT'S CLAIM

19. The allegations contained in paragraph 1 through 18 are incorporated by reference as though fully set forth herein.

20. Defendant has filed a Proof of Claim (Claim 1-1) as a secured claim in the amount of $570,869.58 for work allegedly completed through February 11, 2021.

21. The Debtor has discovered that the project has structural issues. The Plaintiff has engaged a structural engineer to inspect the work and provide a report of the extent of the structural issues.

22. Once Plaintiff receives the report from the structural engineer, the Plaintiff will obtain estimates from contractors to determine how much it will cost to correct the Defendant's deficient work.

23. Plaintiff will request that Defendant's claim should be reduced by the cost of correcting the Defendant's deficient work.

WHEREFORE, for the foregoing reasons, the Plaintiff, 920 H LLC, respectfully request the following relief:

A. That the Court enter judgment in favor of Plaintiff, 920 H LLC and against Defendant Harbor Development, LLC, trading as Harbor Builders in an

amount to be determined at trial, plus interest at the legal rate, together with any costs of this action;

B. Award Plaintiff 920 H LLC attorney's fees as provided for in the Contract;

C. Reduce Defendant's Proof of Claim in accordance with the Court's judgment; and

D. Granting such other and further relief as is just and equitable.

**June 1, 2022**

        Respectfully submitted,
        __/s/ Craig A. Butler_____
        Craig A. Butler, Esquire
        Bar # 451320
        The Butler Law Group, PLLC
        1455 Pennsylvania Avenue, NW
        Suite 400
        Washington, DC 20004
        (202) 587-2773
        (202) 591-1727 f
        cbutler@blgnow.com
        Attorney for Debtor/Plaintiff